UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOSHUA TUCKER,<br><br>      Plaintiff,<br><br>   v.<br><br>EPIC GAMES INC., et al.,<br><br>      Defendants. | Case No.  26-cv-05349-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Araceli Martinez-Olguin for consideration of whether this case is related to *Litton et al v. Roblox Corporation et al*, No. 4:25-cv-03088-AMO.

**IT IS SO ORDERED.**

Dated: June 5, 2026

PETER H. KANG
United States Magistrate Judge

United States District Court
Northern District of California